M. P. No. 77-29. LEWIS B. BISCHOFF et al. v. DEEB G. SARKAS
et al. Petition for writ of certiorari is granted and the writ
shall issue forthwith. Case is consolidated with the case of

*Bischoff* v. *Sarkas,* 117 R.I. 992, 371 A.2d 275 (1977). *Archibald B. Kenyon, Jr.,* Town Solicitor, for petitioners. *Julius C. Michaelson,* Attorney General, *Forrest Avila,* Special Asst. Attorney General, for respondents. *Moses Kando,* for Matunuck Beach Hotel, Inc.